**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**PERRY MASK**                                                                       **PETITIONER**

v.                                                                                         **No. 1:09CV265-A-D**

**RON KING, ET AL.**                                                        **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 14, 2011, and the February 28, 2011, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 14, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice.

3. That this case is **CLOSED.**

THIS, the 23rd day of March, 2011.

                                                                    **/s/ Sharion Aycock**
                                                                    **U.S. DISTRICT JUDGE**